Kevin S. Sinclair, Esq., Nevada Bar No. 12277
 *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for FIDELITY NATIONAL TITLE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendant. | Case No.: 2:19-cv-00449-APG-GWF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY'S AND LAWYERS TITLE INSURANCE CORPORATION'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Wilmington Trust, National Association, Not in Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-1 ("Wilmington Trust") and defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wilmington Trust filed its complaint in this matter on March 15, 2019 (ECF No. 1);

**WHEREAS**, Wilmington Trust contends that it served defendant Lawyers Title Insurance Corporation ("Lawyers Title") with the summons and complaint on or about March 22, 2019;

1. **WHEREAS**, Lawyers Title's response to the complaint would be due on April 12, 2019;

2. **WHEREAS**, Fidelity contends that Lawyers Title is not a proper party defendant because it contends that Lawyers Title merged into Fidelity in 2010 (and that any claims that could have been asserted against Lawyers Title must therefore be asserted against its corporate successor);

**WHEREAS**, Fidelity was served with the summons and complaint on or about March 28, 2019;

**WHEREAS**, Fidelity's response to the complaint is due on April 18, 2019;

**WHEREAS**, the parties are presently meeting and conferring on whether there is subject matter jurisdiction in the United States District Court over this dispute and, if so, whether Lawyers Title is properly a defendant in this action;

**WHEREAS**, Wilmington Trust has agreed to extend Fidelity's and Lawyers Title's (if applicable) time to respond to the complaint to May 3, 2019 to afford the parties additional time to consider the jurisdictional issue and whether Lawyers Title is properly joined as a defendant; and

**WHEREAS**, this is the first stipulation for an extension of Fidelity's and Lawyers Title's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity and Lawyers Title (if applicable) shall file their responses to the complaint in this matter on or before <u>May 3, 2019</u>.

//
//
//
//
//
//
//
//
//



2
**STIPULATION AND PROPOSED ORDER**

2. Defendants intend to preserve their right and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether they are subject to personal jurisdiction in this forum.

Dated this 11th day of April 2019

                EARLY SULLIVAN WRIGHT
                GIZER & McRAE LLP

                */s/--Kevin S. Sinclair*
By:
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.
Nevada Bar No. 13365
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Attorneys for Defendant
Fidelity National Title Insurance Company

Dated this 11th day of April 2019    WRIGHT, FINLAY & ZAK, LLP

                */s/--Lindsay D. Robbins*

By:
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff
Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-1

**ORDER**

**IT IS SO ORDERED:**

By: *George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: 4/12/2019

