# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>    Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>    Defendants | Case No.: 2:19-cv-00449-APG-EJY<br><br>**Order Denying Motions**<br><br>[ECF Nos. 11, 22] |

In light of the parties' stipulation to stay this case (ECF No. 24),

I ORDER that the motion to stay case **(ECF No. 22) is DENIED as moot**.

I FURTHER ORDER that the pending motion to dismiss **(ECF No. 11) is denied without prejudice to renew after the stay is lifted**.

DATED this 27th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE