WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-1*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-1,<br><br>Plaintiff<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants | Case No.: 2:19-cv-00449-CDS-EJY<br><br>**ORDER APPROVING<br>JOINT STATUS REPORT** |

Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-1 and Defendants Fidelity National Title Insurance Company and Lawyers Title Insurance Corporation (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this status report pursuant to the Court's Order, filed on February 7, 2023 [ECF No. 33], requiring a joint report on or by August 7, 2023, addressing the status of the Nevada Supreme Court appeals in *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nev. Sup. Ct. Case No. 83737 ("*PennyMac*") and *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nev. Sup. Ct. Case No. 84161 ("*Deutsche Bank*").

The Nevada Supreme Court heard oral argument in both *PennyMac* and *Deutsche Bank* on April 11, 2023. Decisions remain pending in both. The Parties have conferred and believe an

additional stay of ninety (90) days is warranted in light of the apparently imminent decisions from the Nevada Supreme Court. The Parties request that the action continued to be stayed, through and including, November 6, 2023. The Parties will submit a Joint Status Report by November 6, 2023.

DATED this 7th day of August, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-1*

DATED this 7th day of August, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants Fidelity National Title Insurance Company and Lawyers Title Insurance Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2023