

Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
SUCCESSOR BY MERGER TO LAWYERS TITLE
INSURANCE CORPORATION

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION,<br><br>Plaintiff<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY et al.,<br><br>Defendants | Case No.: 2:19-CV-00449-CDS-EJY<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wilmington Trust, National

Association and defendant Fidelity National Title Insurance Company, successor by Merger to

1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Lawyers Title Insurance Corporation stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024                    SINCLAIR BRAUN KARGHER LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY, SUCCESSOR BY MERGER TO LAWYERS TITLE INSURANCE CORPORATION

Dated: April 22, 2024                    WRIGHT FINLAY & ZAK LLP

By: /s/-Christina V. Miller
CHRISTINA V. MILLER
Attorneys for Plaintiff
WILMINGTON TRUST, NATIONAL ASSOCIATION

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2024

